1  Richard J. Grabowski (State Bar No. 125666)
2  rgrabowski@JonesDay.com
   John A Vogt (State Bar No. 198677)
3  javogt@jonesday.com
4  Edward S. Chang (State Bar No. 241682)
   echang@jonesday.com
5  JONES DAY
6  3161 Michelson Drive
   Suite 800                                        JS-6
7  Irvine, CA  92612.4408
8  Telephone:  +1.949.851.3939
   Facsimile:   +1.949.553.7539
9
   Attorneys for Defendant
10 EXPERIAN DATA CORP.
11
                  **UNITED STATES DISTRICT COURT**
12                 **CENTRAL DISTRICT OF CALIFORNIA**
13

14 | MAUDIE PATTON, JACQUELINE          Case No. 8:16-cv-01715
   | GOODRIDGE, and VIRGINIA
15 | KALDMO, Individually, on behalf of  Honorable James V. Selna
16 | the general public, and on behalf of all
   | others similarly situated,           **ORDER ON STIPULATION ON**
17 |                                      **PLAINTIFFS' MOTION TO**
                 Plaintiffs,              **REMAND AND DEFENDANTS'**
18 |                                      **MOTION TO DISMISS**
19 | v.

20 | EXPERIAN DATA CORP., a
   | Delaware corporation; COURT
21 | VENTURES, INC., a California
22 | corporation; U.S.
   | INFOSEARCH.COM, LLC, an Ohio
23 | limited liability company; and DOES
24 | 1-10, inclusive,

25                Defendants.
26
27
28

## ORDER

The Court, having considered the Stipulation of the Parties on Plaintiffs' Motion to Remand and Defendants' Motions to Dismiss, hereby Orders as follows:

This case is remanded back to Orange County Superior Court, and Defendants' Motions to Dismiss and Plaintiffs' Motion to Remand are denied as moot.

**SO ORDERED**.

Dated:  November 18, 2016

_____
HONORABLE JAMES V. SELNA
UNITED STATES DISTRICT JUDGE